

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2024

No. 04-23-00837-CV

**IN RE** Lucille **CRAPPS** and Hunter Schuehle, Independent Co-Executors of the Estate of Van
L. Crapps, Deceased

Original Proceeding[1]

### ORDER

On September 12, 2023, relators filed a petition for writ of mandamus. After considering
the petition, real party in interest's response, relators' reply, and this record, this court concludes
relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 27, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 27th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court

---

[1] This proceeding arises out of Cause No. 9498, styled *In the Matter of the Estate of Van L. Crapps, Deceased*, pending
in the County Court at Law, Medina County, Texas, the Honorable Mark Cashion presiding.